AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2019 AUG 12 PM 2:37
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| United States of America | ) |
|---|---|
| v. | ) |
| JUSTIN OLSEN | ) Case No. |
| | ) 4:19M 6156 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2, 2019__ in the county of __Mahoning__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 115(B) | Threatening to Assault a Federal Law Enforcement Officer. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent- Themistocles Tsarnas
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/12/2019

_____
*Judge's signature*

City and state: Youngstown, Ohio     U.S. Magistrate Judge George J. Limbert
*Printed name and title*