IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | 4:19 CR 494 |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| JUSTIN OLSEN, | ) | Section 115(a)(1)(B), (b)(4), 2 |
| | ) | and 875(c) |
| Defendant. | ) | |

JUDGE OLIVER

COUNT 1
(Threatening to Assault a Federal Law Enforcement Officer,
Title 18 U.S.C. §§§115(a)(1)(B), (b)(4) and 2)

The Grand Jury charges:

1.    On or about June 2, 2019, in the Northern District of Ohio, Eastern Division,

Defendant JUSTIN OLSEN did threaten to assault and abet others to assault federal law

enforcement officers with intent to impede, intimidate, and interfere with federal law

enforcement officers engaged in the performance of official duties, and with intent to retaliate

against federal law enforcement officers on account of the performance of official duties, in

violation of Title 18, United States Code Sections 115(a)(1)(B), (b)(4) and 2.

COUNT 2
(Interstate Communication Threat, Title 18 U.S.C. §875(c))

The Grand Jury further charges:

2.    On or about June 2, 2019, in the Northern District of Ohio, Eastern Division,

Defendant JUSTIN OLSEN did knowingly and willfully did transmit in interstate and foreign

commerce a communication containing a threat to injure the person of another, to wit, to shoot every federal agent on sight, in violation of Title 18, United States Code Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.