GOVERNMENT EXHIBIT 2 — 4:19CR494

# Auto Sear Construction

**Tools Needed:**
1. Vice
2. Hacksaw
3. Files
4. Vicegrip
5. Ruler

**Material:**
Sheet Metal
1 inch Long
7/8 inch Wide
1/16 inch Thick

**Note:** Some filing, sizeing and fitting to your SKS may be necessary

### Enlarged Views

Angular View

Measurements After Bending — Side View

Measurements Before Bending — Top View

Side View

Drawing NOT to scale!

**NOTE: PRIOR B.A.T.F APPROVAL MUST BE OBTAINED BEFORE MANUFACTURING THIS FULL AUTO SEAR.**

# Auto Sear Placement

Labels: Rebound Disconector, Hammer, Trigger Spring, Hammer Spring, Disconector, Sear, Magazine Catch Retainer Pin, Magazine Catch, Trigger, Trigger Bar, Auto Sear

PRIOR B.A.T.F. APPROVAL MUST BE OBTAINED BEFORE MANUFACTURING THIS FULL AUTO SEAR.

1. Make sure magazine and chamber are empty.
2. Remove trigger mechanism housing from rifle by putting safety on and depressing catch behind trigger guard.
3. Remove magazine catch retaining pin.
4. Slide out mag catch and spring.
5. Remove trigger spring, do not replace.
6. Slide out sear.
7. Slide auto sear in with fork end toward trigger. Must slide freely.
8. Replace sear in original position above auto sear.
9. Replace mag catch, spring and retainer pin.
10. Replace trigger mechanism housing to rifle; safety must be on.
11. Remove receiver cover and large bolt carrier spring.
12. Manually move bolt carrier back and forth with trigger depressed. Hammer should fall each time upon locking of bolt.
13. Remove finger from trigger. Move bolt carrier back and forth. Hammer should not fall.
14. Replace bolt carrier spring and receiver cover.
15. Buck and Bol'

**\* NOTE:** REBOUND DISCONECTOR MUST BE REPLACED UNDER DISCONECTOR, BUT ON TOP OF TRIGGER BAR.