| Message | Message Text |
|---|---|
| 16 | Calling Islam a religion is an over glorification. It is a death cult. |
| 33 | Sup gamers, if you love Jesus, hate leftism, and want to firebomb abortion clinics, then hit subscribe, and go shoot your local communist. |
| 73 | Islam is a death cult built on the pain and suffering of others. Jesus was not opposed to speaking against evil. |
| 129 | Murder is unjustified killing, killing of abortion doctors is killing in defense of the hundreds of children who would be murdered by the doctors hand. |
| 132 | Race has no bearing on my beliefs, and I am no Nazi. Nazis are leftist scum. |
| 144 | Abortionists are child murderers. They do not deserve any sympathy, and discussion will never convince them to stop. The only way to stop an abortionist is to kill them, or make them sufficiently afraid of significant harm. |
| 407 | They promote degeneracy, the removal of personal rights, and the murder of unborn babies. |
| 610 | Rapists, murderers, pedophiles, and child molesters should be executed publicly (communists too tbh) |
| 613 | The NZ shooter was like 95% right |
| 841 | No, but it's pretty well known that on this app there are large numbers of FBI informants that watch far right and Nazi profiles. |
| 931 | Why suicide? Do a regular bomb and you can take out more than one. |
| 1007 | Wrong, The Lord calls upon us to protect those who cannot protect themselves. Killing an abortionist ends one life and saves thousands more. Murdering an abortionist is not murder, nor is bombing an abortion clinic wrong, they are the equivalency of killing Jihadists and bombing their bases. |
| 1014 | To end the murdering of thousands of babies through the killing of a few evil men is virtuous and just. |
| 1182 | Why is the stopping of murderers so crazy? Abortion doctors are mass murderers, some of the most evil members of society. |
| 1198 | I respectfully disagree. I'm ready to shoot every cop in Ohio if it means stopping a gun confiscation, and there are millions more with that same viewpoint. |
| 1241 | The Legion is not for killing and terrorism. We are for spreading Christianity and redeeming family and cultural values. The only thing to prompt the Legion to violence would be persecution of Christians. |
| 1262 | Abortionists are baby murderers, that is more than a fundamental disagreement. |
| 1333 | If you kill an abortionist you save thousands of lives. If you kill more than one then you decrease not only infanticides, but also the number of killers in the world. If you only kill one, at least you decreased the number of murderers. |
| 1359 | They wouldn't follow conventions anyways. They couldn't bomb civs because both sides would be reliant on the same logistical targets. If they destroy a power plant it hurts both sides the same. A modern revolution isn't going to divide down geographic lines. |
| 1365 | It is not murder, it is the protection of innocent lives, and the punishing of unspeakable crimes. |
| 1422 | You know that I'm not really chill with them, but I wouldn't kill them or be violent in any way. Pedophiles on the other hand should be hung. |
| 1459 | It's a joke man, I'm not going to bomb a PP, but I certainly am not going to shed a tear for them either. |
| 1496 | I am not a Nazi, and I don't know how you'd think that. |
| 1562 | Christ commands us to defend the defenseless. 50 million babies are murdered every year. It must be stopped. |
| 1605 | The killing of abortionists is not murder. You have been brainwashed to think that these are just people. They chose to become murderers. They are the worst serial killers to ever walk the earth. |
| 1616 | And that's when we shoot the cops for trying to take our guns |
| 1674 | Abortion is the murder of an innocent soul |
| 1749 | It isn't murder when it's helping to save thousands of lives. |
| 1856 | Catholic priests are a problem, but not as much of a problem as gays. I agree though that those priests should be killed. |

| | |
|---|---|
| 1966 | If you really want to help, go bomb a planned Parenthood or a gay bar. For now spreading awareness is most of what we can do. |
| 1983 | Do it. I wanted that name but it was already taken. Abortion clinics should be bombed. |
| 2002 | If you choose to murder babies for a living you deserve to be shot. Nobody just ends up being an abortionist by accident. |
| 2015 | Cool, you should go bomb an abortion clinic. |
| 2016 | Go do a live educational demonstration on how to bomb an abortion clinic. For education. |
| 2165 | I am consistent with who deserves death. Killing is not immoral on its own, murder is. Affirmative action is racist and spreading the truth about Judaism isn't anti Semitic |
| 2452 | Firstly bombing a building is not murder, second, killing an abortionist isn't even murder. I don't support murder at all. These are horrible people that are slaughter babies. |
| 2478 | I mean, I'm not going to go kill anyone just yet |
| 2539 | The solution is to stop society from being degenerate. I have no problem with killing a few pedophiles every generation. |
| 2699 | Turning the other cheek doesn't apply to baby murderers, and people who are trying to steal away our God given rights. |
| 2766 | The difference is that abortion kills 50 million babies a year, Hitler killed 6 million Jews and the whole world rallied against him. 50 million babies though, all innocent, and silence. |
| 2793 | Okay, on a world scale abortion kills 50 million kids a year, America needs to condemn it and go forcefully stop it. |