UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19 CR 494 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | **NOTICE OF INTENT TO** |
| JUSTIN OLSEN | ) | **CHANGE PLEA** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, Justin Olsen, by and through the undersigned counsel and hereby provides notice of his intention to withdraw his prior plea of not guilty and enter a plea of guilty pursuant to a Fed. R. Crim. P. 11(c) plea agreement with the Government. Defendant and the government are actively working toward a final approved plea agreement. The Defendant is prepared to freely and voluntarily waive the rights described in Fed. R. Crim. P. 11(b)(1) and to engage the Court in the plea colloquy required by Fed. R. Crim. P. 11(b)(1).

Respectfully submitted,

/s/J. Gerald Ingram
J. GERALD INGRAM (#0007887)
7330 Market Street
Youngstown, Ohio 44512
330/758-2308 (phone) 330/758-8290 (fax)
Attorney for Defendant, Justin Olsen

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, a copy of the foregoing Motion was electronically filed. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/J. Gerald Ingram
J. Gerald Ingram (#0007887)
Attorney for Defendant