UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:19 CR 494 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | ORDER ACCEPTING PLEA |
| ) | AGREEMENT, JUDGMENT AND |
| JUSTIN OLSEN, ) | REFERRAL TO U.S. PROBATION |
| ) | <u>OFFICE</u> |
| Defendant ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge George J. Limbert, regarding the change of plea hearing of Justin Olsen, which was referred to the Magistrate Judge with the consent of the parties.

On August 21, 2019, the government filed a 2 count Indictment, charging Defendant Olsen with Threatening to Assault a Federal Law Enforcement Officer, in violation of Title 18 U.S.C. § 115(a)(1)(B), (b)(4) and (2), and Interstate Communication Threat, in violation of Title 18 U.S.C. § 875( c). Defendant was arraigned on August 30, 2019, and entered a plea of not guilty to counts 1 an 2 of the Indictment, before Magistrate Judge Limbert. On December 23, 2019 Magistrate Judge Limbert received Defendant Olsen's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Olsen is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Justin Olsen is adjudged guilty to count 1 of the Indictment, in violation of Title 18 U.S.C. § 115(a)(1)(B), (b)(4) and (2. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on April 14, 2020, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 2, 2020