# NIMS certifies that
# JUSTIN OLSEN
## has demonstrated competency in
## Measurement, Materials, & Safety

In accordance with

Machining Level I Standard 2nd Edition, 2001

*President, NIMS*



June 26, 2020
Date

**NIMS Manufacturing Credential**

*First Covenant Church*
*5210 Glenwood Avenue*
*Youngstown, Ohio 44512*

April 16, 2020

*Justin Olsen*
*724 Oakridge Drive*
*Youngstown, Ohio 44512*

*Dear Justin,*

I am writing this letter on behalf of the congregation of the First Covenant Church.

We want to thank you for all the time and work you have put in to help our church succeed.

Your help with our sound system during our regular Sunday services was great and the production Palm Sunday and Easter, that enabled us to watch the services at home on our computers and telephones, Was a huge success.and much appreciated each day.

First Covenant Church,

_____
Jerry Ricketts, Chair